**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICTA SERVICE CORPORATION et al.,

    Plaintiffs,

v.                                        Case No. 05-CV-73020-DT

PHILIP DELONG,

    Defendant.

                                   /

**ORDER OF DISMISSAL**

On November 30, 2005, the court conducted a telephone conference in the above-captioned matter. During the conference, the parties confirmed with the court that they had reached a settlement, the terms of which will be memorialized in writing within the next few weeks. Accordingly,

IT IS ORDERED that this matter is DISMISSED without costs or fees to either party. The dismissal is without prejudice to the right of either party to move the court to reopen the case within sixty days if the settlement is not memorialized. This order may be substituted with a stipulated order of dismissal within sixty days. If the case is not reopened within sixty days, the dismissal will be with prejudice.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 30, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2005, by electronic and/or ordinary mail.

                             S/Lisa G. Wagner
                             Case Manager and Deputy Clerk
                             (313) 234-5522